RICK SHACKELFORD (SBN 151262)
RYAN C. BYKERK (SBN 274534)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800
Email: shackelfordr@gtlaw.com; bykerkr@gtlaw.com

Attorneys for Defendant Burlington Coat Factory Warehouse Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GONZALEZ and AUDRIANA GONZALEZ on behalf of themselves, all others similarly situated and on behalf of the general public,, <br><br> Plaintiffs, <br> v. <br><br> BURLINGTON COAT FACTORY WAREHOUSE CORPORATION and DOES 1-10, <br><br> Defendants. | CASE NO. 5:18-cv-00666-JGB-SP <br><br> **NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: August 24, 2020 <br> Time: 9:00 a.m. <br> Courtroom: 1 <br><br> Complaint filed: February 27, 2018 <br> FAC filed: October 1, 2018 |

Pursuant to Central District Local Rule 7-9, Defendant Burlington Coat Factory Warehouse Corporation hereby submits its statement of non-opposition to the Motion for Preliminary Approval of Class Action Settlement filed by Plaintiffs Amanda Gonzalez and Audriana Gonzalez on July 27, 2020.

Respectfully submitted,

Dated: August 3, 2020            GREENBERG TRAURIG, LLP

By:   */s/ Ryan C. Bykerk*
      Rick Shackelford
      Ryan C. Bykerk
      Attorneys for Defendant Burlington Coat Factory Warehouse Corporation